**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA EVA HOMEM, an individual,<br>        Plaintiff,<br><br>        v.<br><br>GENERAL MOTORS LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br>        Defendants. | No. ED CV 25-3461-DMG (ASx)<br><br>**ORDER RE STIPULATION TO REMAND CASE TO STATE COURT [15]** |

Having reviewed and considered the Joint Stipulation of the Parties to Remand this Case to State Court [Doc. # 15], the Stipulation is **APPROVED** and the case is hereby **REMANDED** to Riverside County Superior Court.  Plaintiff's motion to remand is **DENIED as moot** and the hearing set for February 27, 2026 is **VACATED**.  [Doc. # 14.]

**IT IS SO ORDERED.**

DATED:  January 26, 2026

_____
DOLLY M. GEE
CHIEF U.S. DISTRICT JUDGE

1